RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendant
Carrier IQ, Inc.

**\*E-FILED January 19, 2012\***

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ADAM SCHWARTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, a Delaware corporation,<br><br>Defendant. | Case No.: CV-11-06280<br><br>**STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS the above-referenced plaintiffs filed the above-captioned case;

WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap Act and other laws by the defendants in this case;

WHEREAS over 50 other complaints have been filed to-date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular

telephone and other device users on whose devices software made by defendant Carrier IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Sec. 1407, responses to the motion supporting coordination or consolidation have been filed, and plaintiffs and defendants anticipate that additional responses will be filed;

WHEREAS plaintiffs anticipate the possibility of one or more consolidated amended complaints in the CIQ cases;

WHEREAS plaintiffs and defendant Carrier IQ have agreed that an orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for the parties and for the Court;

WHEREAS plaintiffs agree that the deadline for defendant Carrier IQ to answer, move, or otherwise respond to their complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a consolidated amended complaint in the CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date in any of these cases, Carrier IQ will respond to the complaint in the above-captioned action on that earlier date;

WHEREAS plaintiffs further agree that this extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation;

WHEREAS this Stipulation does not constitute a waiver by Carrier IQ of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation does not constitute a waiver of any defense, including but not limited to the defenses of lack of

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process; and

WHEREAS, plaintiffs and defendant Carrier IQ, as well as any defendant joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that that the delay brought about by this Stipulation should not result in the loss of any evidence,

Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced case and defendant Carrier IQ, by and through their respective counsel of record, hereby stipulate as follows:

1.  The deadline for Carrier IQ to answer, move, or otherwise respond to plaintiffs' complaint shall be extended until the earliest of the following dates: forty-five days after the filing of a consolidated amended complaint in these cases; or forty-five days after plaintiffs provide written notice to defendant Carrier IQ that plaintiffs do not intend to file a Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date in any of these cases, except by court order, Carrier IQ will respond to the complaint in the above-captioned case on that earlier date.

2.  This extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation;

3.  This Stipulation does not constitute a waiver by Carrier IQ or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4.  As a condition of entry into this Stipulation, defendant Carrier IQ and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1     IT IS SO STIPULATED.

2     DATED: December 29, 2011     KIESEL BOUCHER LARSON LLP

3                         By /s/ Paul R. Kiesel

4                             Paul R. Kiesel (119854)
                              KIESEL BOUCHER LARSON LLP

5                             8648 Wilshire Boulevard
                              Beverly Hills, CA 90211

6                             Ph:  (310) 854-4444
                              Fax:  (310) 854-0812

7                             kiesel@kbla.com

8                             HORWITZ, HORWITZ & PARADIS

9                             570 Seventh Avenue, 20th Floor
                              New York, NY 10018

10                           Ph:  (212) 986-4500
                            Fax:  (212) 986-4501

11

12                             *Attorneys for Plaintiff*

13                             FENWICK & WEST LLP

14                       By /s/ Tyler G. Newby

15                             Tyler G. Newby (CSB No. 205790)
                            tnewby@fenwick.com

16                           Jennifer J. Johnson (CSB No. 252897)
                            jjjohnson@fenwick.com

17                           555 California Street, 12th Floor
                            San Francisco, CA 94104

18                           Ph:  (415) 875-2300
                            Fax: (415) 281-1350

19

20                           Rodger R. Cole (CSB NO. 178865)
                            rcole@fenwick.com

21                           Molly R. Melcher (CSB NO. 272950)
                            mmelcher@fenwick.com

22                           Silicon Valley Center
                            801 California Street

23                           Mountain View, CA  94041
                            Ph:   650.988.8500

24                           Fax:  650.938.5200

25                           *Attorneys for Defendant Carrier IQ, Inc.*

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**CERTIFICATION**

I, Tyler G. Newby, am the ECF User whose identification and password are being

used to file this **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF**

**TIME FOR DEFENDANT TO RESPOND TO COMPLAINT.**  In compliance with General

Order 45.X.B, I hereby attest that Paul R. Kiesel has concurred in this filing.


DATED: December 29, 2011          By /s/ Tyler G. Newby
                                  TYLER G. NEWBY (CSB No. 205790)
                                  FENWICK & WEST LLP
                                  555 California Street, 12th Floor
                                  San Francisco, CA 94104
                                  Ph: (415) 875-2300
                                  Fax:  (415) 281-1350
                                  tnewby@fenwick.com

25143/00401/SF/5371768.1

STIP RE CONTINUANCE OF TIME FOR
DEF. TO RESPOND TO COMPLAINT                    5                         CV-11-06280

1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA 94041
5   Telephone: 650.988.8500
    Facsimile: 650.938.5200
6
    TYLER G. NEWBY (CSB No. 205790)
7   tnewby@fenwick.com
    JENNIFER J. JOHNSON (CSB No. 252897)
8   jjjohnson@fenwick.com
    555 California Street, 12th Floor
9   San Francisco, CA 94104
    Telephone: 415.875.2300
10  Facsimile: 415.281.1350

11  Attorneys for Defendant
    Carrier IQ, Inc.

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

15

16  ADAM SCHWARTZ, individually and on behalf    Case No.: CV-11-06280
17  of all others similarly situated,
                                                 **[PROPOSED] ORDER GRANTING**
18                  Plaintiffs,                  **STIPULATION RE CONTINUANCE**
                                                 **OF TIME FOR DEFENDANT TO**
19         v.                                    **RESPOND TO COMPLAINT AND**
                                                 **[PROPOSED] ORDER EXTENDING**
20  CARRIER IQ, a Delaware corporation,          **TIME TO RESPOND TO COMPLAINT**

21                  Defendant.

22

23          Pursuant to stipulation, it is SO ORDERED.

24

25          January 19, 2012
    Dated:_____        _____
26                                        Honorable Edward J. Davila Howard R. Lloyd
27                                        United States District Judge
                                                        Magistrate
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW